IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH ERVIN, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| v. | : | NO. 05-184 |
| | : | |
| **FIRST AMERICAN MARKETING,** | : | |
| **CORPORATION, et al.,** | : | |
| **Defendants** | : | |

...............................................................................................................................................

| | | |
|---|---|---|
| **FIRST AMERICAN MARKETING** | : | **CIVIL ACTION** |
| **CORPORATION, et al.,** | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | NO. 05-468 |
| | : | |
| **KEITH ERVIN, et al.** | : | |
| **Defendants** | : | |

# O R D E R

**STENGEL, J.**

     **AND NOW**, this  12th  day of March, 2007, having been notified by counsel that the above-captioned cases have been settled in principle, IT IS HEREBY ORDERED that the motion for partial summary judgment (Document #38 of 05-cv-00184), the motion to bifurcate (Document #45 of 05-cv-00184 and Document #73 of 05-cv-00468), the motion in limine (Document #47 of 05-cv-00184 and Document #75 of 05-cv-00468), and the motion in limine seeking an Order (Document #51 of 05-cv-00184 and Document #78 of 05-cv-00468) are DENIED AS MOOT.

                                                BY THE COURT:

                                                /s/ Lawrence F. Stengel
                                                LAWRENCE F. STENGEL, J.